■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD EDWARD DIAMOND, Appellant.— Judgment of the Supreme Court, Queens County, rendered August 26, 1968 on resentence, affirmed. No opinion. Appeal from order of the same court dated October 7, 1968 dismissed. No appeal lies from an order denying a motion to vacate a resentence, which motion was upon a ground other than in the nature of *coram nobis*. In any event, the contention raised on the motion was considered on the above appeal from the judgment rendered on resentence. Beldock, P. J., Christ, Martuscello, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LAWSON, Appellant.— Judgment of the County Court, Nassau County, rendered January 16, 1969 on resentence, affirmed. No opinion. Appeal from the original judgment of said court, rendered August 9, 1968, dismissed as academic. The original judgment was superseded by the judgment on resentence. Christ, Acting P. J., Rabin, Benjamin, Martuscello and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES ROYSTER, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered February 9, 1967 upon a jury verdict convicting him of grand larceny in the first degree, which sentenced him as a second felony offender to a prison term of 5 to 10 years, but suspended execution of the sentence and placed him on probation. Judgment modified, on the law and the facts, by reducing (1) the conviction to grand larceny in the second degree and (2) the sentence to 2½ to 5 years, with execution thereof suspended and the same probation terms. As so modified, judgment affirmed. In our opinion, the People established that the stolen property had a value of more than $100 but not more than $500; therefore, the conviction should not have been for first degree, but rather second degree, grand larceny (former Penal Law, § 1296, subd. 1). Christ, Acting P. J., Rabin, Benjamin, Martuscello and Kleinfeld, JJ., concur.